■ In the Matter of DAESHON J., a Child Alleged to be Abused. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Re-

spondent; Benjamin W., Appellant. [678 NYS2d 544] —Appeal unanimously dismissed without costs as moot (*see, Matter of Jamie J.*, 209 AD2d 896, 898). (Appeal from Order of Erie County Family Court, Townsend, J.—Abuse.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.